1
2
3
4
5
6
7           **INTERVIEW WITH OFC. MANNY CRUZ**
8                  **Q=Det. Graas**
9                **Q1=Sgt. M. Timpreman**
10               **A=Ofc. Manny Cruz**
11             **A1=Att. Steve Schroering**
12
13
14   Q:          We are on record. This is Detective Graas with the Jeffersontown Police
15               Department. Today's date is July 25, 2018. And the time is now, uh, 1025
16               hours. Write that down. We're present at the Jeffersontown Police
17               Department, 10410 Taylorsville Road, Louisville, Kentucky, 40299. We are in
18               the, uh, conference room at that location. This will be a recorded statement
19               from Officer Manny Cruz. The statement is in reference to Case #170780031.
20               Present with me Officer Cruz, Attorney Steve Schroering, and Sergeant
21               (Mark) Timperman. Officer, are you aware this statement is being audiotaped?
22
23   A:          Yes.
24
25   Q:          Does this meet with your approval, sir?
26
27   A:          Yes.
28
29   Q:          'Kay. Please state your full name and spell your last name.
30
31   A:          (Manuel Jowan) Cruz. The spelling of last name C-R-U-Z.
32
33   Q:          Thank you, sir. And what is your code number?
34
35   A:          Uh, 328.
36
37   Q:          Okay. Um, and do you have like a JTown 82...
38
39   A:          Um...
40
41   Q:          ...some...
42
43   A:          82 - 8289.
44
45   Q:          8289. Thank you, sir. And where are you currently assigned, sir?

46
47      A:          Uh, 1st Platoon.
48
49      Q:          And would that be the patrol division?
50
51      A:          Yes.
52
53      Q:          Okay. Thank you, sir. And how long have you been assigned, uh, to patrol?
54
55      A:          Um, about 2-1/2 years. Since October of 2015.
56
57      Q:          Okay. And how long have you been on the police department?
58
59      A:          Uh, the same time.
60
61      Q:          Okay. And for the record you came from another agency prior to, uh, this
62                  one...
63
64      A:          yes.
65
66      Q:          ...is that correct? And where - where was that, sir?
67
68      A:          Uh, Kentucky State Police.
69
70      Q:          Okay. And how long were you on the Kentucky State Police before you came
71                  here, sir?
72
73      A:          About 13-1/2 years.
74
75      Q:          Okay, sir.
76
77      A:          Give or take.
78
79      Q:          Thank you, sir. Uh, are you under the influence of alcohol, drugs, or any other
80                  intoxicants at this time, sir?
81
82      A:          No.
83
84      Q:          Are you taking any medication that would affect your judgment or ability to
85                  think clearly, sir?
86
87      A:          No.
88
89      Q:          Did you sustain any injuries during the incident we're gonna discuss, sir?
90

| 91<br>92 | A: | No. |
|---|---|---|
| 93<br>94 | Q: | All right. So did you receive any medical treatment, uh, for anything that day? |
| 95<br>96 | A: | No. |
| 97<br>98<br>99 | Q: | All right, sir. And what type of uniform or clothing were you wearing at the time of the incident, sir? |
| 100<br>101<br>102 | A: | Um, I was wearing the patrol shorts. Uh, the gray polo shirt that says JTown on it, patches. Uh, my gun belt, black sneakers, black socks.. |
| 103<br>104 | Q: | Would it be, uh, suffice it to say that's a summer uniform... |
| 105<br>106 | A: | Yeah. |
| 107<br>108 | Q: | ...that's allowable... |
| 109<br>110 | A: | Yes. |
| 111<br>112<br>113 | Q: | ...uh, patrol uniform? Okay. And right now you're not wearing that because you're not working, is that correct? |
| 114<br>115 | A: | Yes. |
| 116<br>117<br>118<br>119<br>120<br>121<br>122<br>123<br>124<br>125<br>126<br>127<br>128<br>129<br>130<br>131<br>132<br>133<br>134<br>135 | Q: | Okay, sir. All right. Officer Cruz, uh, because of the statutory requirements of (KRS) 15.520, which is the police officer's bill of rights, I'm obligated to advise you of your constitutional rights prior to asking you any further questions. Uh, and what I'm gonna do is I'm gonna hang a rights waiver here. And, again, we're at the JTown Police Department. The date is the 25th of July. And the time is 1127 hours -- I'm sorry -- 1027 hours. Before we ask you any questions you must understand your rights. You have the right to remain silent. Anything you say can and will be used against you in a court of law. You have the right to talk to a lawyer prior to any questioning or the making of any statements and to have him or her present with you while you are being questioned. If you cannot afford to hire a lawyer one will be appointed by the Court to represent you before any questioning if you desire one. And you may stop the questioning or making of any statements at any time by refusing to answer further or by refusing to consult with -- I'm sorry -- or by request -by requesting to consult with an attorney prior to continuing with questioning or the making of any statements. Um, I'm gonna read this section here and then I'm gonna pass the paper over to you to read. It says waiver or rights. "I have read this statement of my rights and I understand what my rights are. I'm willing to make a statement and answer questions. I do not want a lawyer at this time. I understand and know what I am doing. No |

| | | |
|---|---|---|
| 136 | | promises or threats have been made to me. And no pressure or coercion of any |
| 137 | | kind has been used against me." I'm gonna pass this over to you. But, uh, the |
| 138 | | clause that says I do not want a lawyer at this time, you do have an attorney |
| 139 | | present with you. That's... |
| 140 | | |
| 141 | A: | Yes, sir. |
| 142 | | |
| 143 | Q: | ...uh, been provided on the record. But if you and your attorney wanna look |
| 144 | | over that - I'm sorry. All right, Mr. Cruz, thank you. Um, before we kind of |
| 145 | | turn the floor over to you I'm gonna show you (unintelligible). I went on |
| 146 | | Google Map. And basically I just got some overhead photos and some photos |
| 147 | | of the, uh, location of the incident where this happened. And they're gonna be |
| 148 | | here in case you need to use them as a reference... |
| 149 | | |
| 150 | A: | Okay. |
| 151 | | |
| 152 | Q: | ...uh, point. If you do, uh, choose to do that what I'll have you do is just, uh, |
| 153 | | (go ahead) and initial and date and time them... |
| 154 | | |
| 155 | A: | Okay. |
| 156 | | |
| 157 | Q: | ...so they can be included with the case. Mr. Schroering, are you okay with |
| 158 | | that, sir? |
| 159 | | |
| 160 | A1: | Yes, sir. Absolutely. |
| 161 | | |
| 162 | Q: | Okay. All right. Uh... |
| 163 | | |
| 164 | A1: | I will ask if he refers to any that on the back when he initials it he numbers it. |
| 165 | | That way we can... |
| 166 | | |
| 167 | Q: | Awesome. |
| 168 | | |
| 169 | A1: | ...correspond with it. |
| 170 | | |
| 171 | Q: | Yes, sir. And - and I have no problem, either, if you wanna mark it in the |
| 172 | | front, too. It's just (unintelligible) how well the ink will show up. |
| 173 | | |
| 174 | A1: | Great. |
| 175 | | |
| 176 | Q: | Um, and I'll leave this pen there for you and I'll use this one. Um, Officer |
| 177 | | Cruz, I'm gonna turn the floor over to you. And in as much detail as you can |
| 178 | | recall if you can tell us how you became aware of the incident. What - what |
| 179 | | initially involved you in it. What actions you took. What you observed. Uh... |
| 180 | | |

| 181 | A: | Okay. |
|---|---|---|
| 182 | | |
| 183 | Q: | ...et cetera, okay. |
| 184 | | |
| 185 | A: | Um, it was on July 19th I was just out on regular patrol. And came to the hotel |
| 186 | | parking lot at 4540 Taylorsville Road. Um, as I was going around the parking |
| 187 | | lot, um, kind of went kind of clockwise when I came in. Um, went through the |
| 188 | | front of the building. And I started running some license plates to see if, uh, |
| 189 | | there was any license plates that have been recalled by the Department of |
| 190 | | Transportation. Um, I was making my way around when I got to about right |
| 191 | | here in this area. Um, there was a gentleman over here on this grass bank, uh, |
| 192 | | walking a dog and he flagged me down. Um, when he flagged me down, um, I |
| 193 | | stopped, rolled down my window. And I was goin' pretty slow, probably like |
| 194 | | 2 miles an hour, as I was running license plates. He flagged me down. Um, he |
| 195 | | walked over to my car and I think he said, "Sir, there was a guy that just, uh, |
| 196 | | walked right over there and he had a big knife on him." So I pulled straight |
| 197 | | ahead, um, into a parking space. I don't even think I got my car all the way in |
| 198 | | the parking space. It was kind of half st- half stickin' out. And, uh, I walked |
| 199 | | around. There's a little opening. Um, I pulled into one of these parking spaces |
| 200 | | over here. I got out, went through here. And on the first floor came out, went |
| 201 | | around here. Came back through and came back the same way. And I never |
| 202 | | saw anybody. Um, as I was gettin' out the car I actually called out on the |
| 203 | | radio. I told them where I was. Told them that I had somebody flag me down. |
| 204 | | Uh, and that he was supposed to have a knife on him. 'Cause that - that's what |
| 205 | | that gentleman told me. I - I don't know his name. |
| 206 | | |
| 207 | Q: | Can I interrupt you for just a second? |
| 208 | | |
| 209 | A: | Yes. |
| 210 | | |
| 211 | Q: | While you're - while you're showing us with your pen could you go ahead |
| 212 | | and just make a - make a mark where you think you parked your car? And |
| 213 | | then actually just draw a line where you might... |
| 214 | | |
| 215 | A: | Okay. |
| 216 | | |
| 217 | Q: | ...have walked by foot? |
| 218 | | |
| 219 | A: | Um, I'm not sure which parking... |
| 220 | | |
| 221 | Q: | Okay. |
| 222 | | |
| 223 | A: | ...space I was. I think I parked like right here. |
| 224 | | |
| 225 | Q: | Okay, sir. |

| | | |
|---|---|---|
| 226 | | |
| 227 | A: | And my car was kind of - it was facing front. Uh, there was kind of a little bit |
| 228 | | stickin' out. |
| 229 | | |
| 230 | Q: | Yes, sir. |
| 231 | | |
| 232 | A: | Um, I went to this opening over here. |
| 233 | | |
| 234 | Q: | Yes, sir. |
| 235 | | |
| 236 | A: | Um, there's a little opening with the stairwell. I came in, walked this way. |
| 237 | | There's a little passage I think (unintelligible) to get down here. |
| 238 | | |
| 239 | Q: | Yes, sir. |
| 240 | | |
| 241 | A: | Uh, I think there might - might be like a vending machine or somethin' like |
| 242 | | that. Uh, came through here. And walked this area again. Came back through |
| 243 | | and came back out. |
| 244 | | |
| 245 | Q: | Okay, sir. |
| 246 | | |
| 247 | A: | Um, when I came back out that gentleman was still around this area over here. |
| 248 | | |
| 249 | Q: | The one that flagged you down initially? |
| 250 | | |
| 251 | A: | Yes. |
| 252 | | |
| 253 | Q: | Okay, sir. |
| 254 | | |
| 255 | A: | ('Cause) I - I never got a description, uh, of what the other gentleman looked |
| 256 | | like. |
| 257 | | |
| 258 | Q: | Okay. |
| 259 | | |
| 260 | Q1: | Just for clarification, so you're parked on the - towards the back of the |
| 261 | | building which is the car wash side? |
| 262 | | |
| 263 | A: | Yes. |
| 264 | | |
| 265 | Q1 | Okay. |
| 266 | | |
| 267 | A: | Yes. |
| 268 | | |
| 269 | Q1: | And you kind of come through and go - there's like a - like you said a |
| 270 | | passageway. |

271

272    A:    Yes.

273

274    Q1:    You come and go past the - the vending machines. You come out to the front
275           of the building. Did you come out to the front parking lot?

276

277    A:    Uh, I don't know if I came all the way out here or if I came back this way.

278

279    Q1:    Okay.

280

281    A:    I'm not sure on that part.

282

283    Q1:    Okay. But you eventually turned back around and...

284

285    A:    Yes - yes.

286

287    Q1:    ...kind of went back out where you came into.

288

289    A:    Yes.

290

291    Q1:    Okay.

292

293    A:    I - I either came all the way out here or I came through here and then walked
294           back this way.

295

296    Q1:    Okay.

297

298    A:    And, uh, there's like a laundry mat over here?

299

300    Q1:    Right.

301

302    A:    I looked in there, just kind of glanced in. There was a lady that was folding a
303           sheet.

304

305    Q1:    Okay.

306

307    A:    Or a towel or somethin' like that. Um, kind of just gazed in there. I don't see
308           anything, uh, besides her. And, uh, came back, uh, to where that gentleman
309           was.

310

311    Q1:    Okay.

312

313    A:    When I came back I, um, uh, I went up to him. He - he had a - like a white
314           dog with brown spot on it I think it was. Um, the dog came up to me. I petted
315           the dog. I was like, "Hey, what did the guy look like? Was it white, black,

| | | |
|---|---|---|
| 316 | | Hispanic?" And he said, "He was a white guy. Had a, uh, white T shirt." And |
| 317 | | I think he said red shorts. I said, "Okay." And I went back that way again. |
| 318 | | Um, as I was walkin' in at some point, and I don't remember when, I got on |
| 319 | | the radio and I put the description on the radio of, uh, what he looked like. Uh, |
| 320 | | I got to about right here, I believe it is, um, where the stairs go up. And, um, I |
| 321 | | - I think I was actually still on the radio when, uh, we met. He was coming |
| 322 | | towards the stairs. I was coming back into the walkway of the building. And I |
| 323 | | started saying, "But let me - let me talk to you for a second." And I don't even |
| 324 | | know if I finished that sentence. And, uh, as I'm talking to him I start |
| 325 | | scanning his body. And I seen a - a knife, what appeared to be a black knife at |
| 326 | | the time in his hand. Uh, when I saw that I think I kind of stepped back and |
| 327 | | put my left hand in front of me. Uh, I drew my gun. Um, and I told him to |
| 328 | | drop the knife. Drop the knife. Please, drop the knife. Um, he looked at me |
| 329 | | and I remember seeing - I mean, his eyes were huge. And, uh, he - he - there |
| 330 | | was no response. He just took off running. Um, I didn't know if he was under |
| 331 | | the influence of something. But like when I saw the knife in his hand he kind |
| 332 | | of had it about waist level. And, uh, when he saw me and I told him drop the |
| 333 | | knife and police, um, he tried to tuck it behind his arm, uh, kind of like to hide |
| 334 | | it. He took off running up the stairs. I'm thinking like, "What's this guy gonna |
| 335 | | do? Is he gonna go stab somebody? Is he trying to kill somebody?" Um, I had |
| 336 | | no clue, uh, if he - he was there to kill somebody. So I holstered my gun. I |
| 337 | | take off running, uh, up the stairs after him. I kind of stumbled, uh, in the |
| 338 | | stairs as I was putting my gun away. Um, I think I missed the first step and |
| 339 | | kind of went down a little bit. I caught myself and took off running. We got |
| 340 | | to, uh - well, I got to the top of the stairs. I lost - lost sight of him once he took |
| 341 | | off, uh, up the stairs and I stumbled. I got to the stop - the top of the stairs. |
| 342 | | And the hallway runs left and right. When you go to the left there's a - um, th- |
| 343 | | this walkway over here to the rooms. It kind of runs like this. I got to the, uh, |
| 344 | | top of the stairs. Um, I came to... |
| 345 | | |
| 346 | Q1: | I realize it's kind of hard to tell from these pictures. |
| 347 | | |
| 348 | A: | But I went to the left. Um, the stairs I think they're more over here maybe. |
| 349 | | Somewhere over here towards the middle. I think that's where - where they |
| 350 | | are over here towards this area. And, uh, I got up here. I looked to my left I |
| 351 | | didn't see him. I looked to my right I didn't see him. Um, and I went to the |
| 352 | | right. I just picked a direction and went. So I came around and started running |
| 353 | | this way. I got to about right here maybe. And I seen him, uh, about halfway |
| 354 | | down the hallway between the beginning of the hall, uh, the walkway and |
| 355 | | where the landing is to go back down. He was maybe 20' or so, 20 - 20- |
| 356 | | something feet. Um, when I saw him, um, he was looking at me. And he had a |
| 357 | | - a blue bottle. Um, I think there was detergent in his left hand. And he had the |
| 358 | | knife in his right hand. He squared up on me. I drew my taser and I fired. Um, |
| 359 | | he took off running. He - and before I fired he actually said something and I |
| 360 | | can't remember what it was. I didn't understand what he said. Uh, when I was |

| | | |
|---|---|---|
| 361 | | up here I told him, "Drop the knife. Please, drop the knife." And, uh, f- uh, |
| 362 | | deployed my taser. Uh, it didn't have any effect. I heard him go, "Ooh," like |
| 363 | | making an "ooh" sound. And, uh, he took off running again. |
| 364 | | |
| 365 | Q1: | Mm-hm. |
| 366 | | |
| 367 | A: | Uh, when he took off running we got to the landing on the stairwell for the |
| 368 | | second floor. He went down. Um, I came around the corner and I kind of |
| 369 | | slowed down 'cause I didn't wanna get ambushed. And, uh, I'm like, okay. |
| 370 | | Uh, is this guy going back here to the guy that's on the grass? Uh, did they get |
| 371 | | into it earlier or something? Is he gonna try to stab him? There was a |
| 372 | | gentleman that was here in one of these parking spots, uh, when I came |
| 373 | | through earlier. And he was cleaning his rims. He was an African-American |
| 374 | | gentleman, he was cleaning his rims, uh, when I came through. And I was |
| 375 | | thinking - I was like, well, if he goes this way that gentleman that was walking |
| 376 | | the dog that flagged me down he's there, is he gonna stab him? Is he gonna |
| 377 | | come back down to this guy over here that - and try to stab him, kill him? Um, |
| 378 | | I didn't know if they had gotten into it. I couldn't tell if he was intoxicated. |
| 379 | | Um, if he was drunk, high. And, uh, I - I was fearing for their lives. I |
| 380 | | remember hearing traffic on the radio, too, where they were - started sending |
| 381 | | units, uh, more officers my way. Uh, 'cause I called out on pursuit, like on |
| 382 | | foot pursuit. And I don't think I said foot pursuit. I think I said that he was |
| 383 | | running. Um, and that was when he first took off running from me at the |
| 384 | | bottom of the stairs, uh, that I called out that he was running. Um, so I knew |
| 385 | | there was more officers coming towards me. Uh, and I was scared. If - it was |
| 386 | | like is this guy gonna hide somewhere and one of the officers is gonna pull up, |
| 387 | | is he gonna try to stab him as they're gettin' out of their cars? Were t- they're |
| 388 | | still not on the ground. He got, you know, their vision isn't a hundred percent |
| 389 | | because of the (APO) or the (B) pillars to the doors, stuff like that. And is he |
| 390 | | gonna get in a police car? Is he gonna try - is he gonna try to take a gun? Um, |
| 391 | | does he have a gun? Um, when, uh, he - he went down the stairs, uh, I came |
| 392 | | around slow. And he was at the bottom of the stairs. I was up at the top of the |
| 393 | | stairs. Uh, I deployed my second shot on the - on - on the taser. And, uh, he |
| 394 | | (stiffed). And he's looking at me, uh, over his right shoulder. I deployed my |
| 395 | | second, uh, shot on the taser. Um, it had an effect on him. He stiffened up. |
| 396 | | Um, when he start - he stiffened up, he started to twist and falls down on the |
| 397 | | ground. At that point I heard - I mean, it was a loud thump. I holstered my, uh, |
| 398 | | taser up. Uh, run down to him. Um, kind of touch him, was like, "Hey, man, |
| 399 | | you okay, you okay?" Uh, there was no response. I got on the radio. He, um - |
| 400 | | got on the radio. Told dispatch that I fired my taser. I - I think I told them that |
| 401 | | I fired my taser a second time. Um, I told them that he had fallen. Um, and, |
| 402 | | uh, I think a couple minutes later I might have told them he was bleeding from |
| 403 | | his ear. Uh, when, um, Officer (Payton) arrived shortly a- after that, um, when |
| 404 | | he fell and I got down the stairs, though, um, the knife was on the ground. I |
| 405 | | picked it up and I put it behind my Asp and my flashlight so, uh, no- nobody |

| | | |
|---|---|---|
| 406 | | could get to it. Uh, put it there. Uh, called for EMS. I think I called twice, |
| 407 | | actually, for EMS. Told them that he was breathing, his eyes were open. Uh, it |
| 408 | | - it looked like it was more of a forced breathing. Um, he, uh - and he's - he |
| 409 | | was just laying there on the ground. Um, I'm not sure what Officer (Payton) |
| 410 | | said when he got there, if he was 1023, if he was on scene. But I knew he had |
| 411 | | - he just pulled up. Because - and at the angle I was on I kind of saw, um, his |
| 412 | | car pull in. And I stepped out from that walkway. And I yelled at him. I said, |
| 413 | | "Hey, I'm over here." He runs over there. Um, he asked me, "Hey, you check |
| 414 | | for any more weapons?" And I said, no, I hadn't. I hadn't patted him down or |
| 415 | | anything like that. Um, we, uh - and I don't know if I helped him handcuff |
| 416 | | him or not. Uh, but I know he was handcuffed. Officer (Payton) checked him - |
| 417 | | checked him for weapons. He didn't find anymore. At that time I think Officer |
| 418 | | Jacobs pulled up. And, uh, we took the cuffs off and, uh, started bandaging his |
| 419 | | head. |
| 420 | | |
| 421 | Q1: | Okay. When you say Officer (Payton) you mean (Payton) Henderson is it? |
| 422 | | |
| 423 | A: | Yes. |
| 424 | | |
| 425 | Q1: | Okay. |
| 426 | | |
| 427 | A: | Yes. |
| 428 | | |
| 429 | Q1: | Just for the record... |
| 430 | | |
| 431 | A: | Yes. |
| 432 | | |
| 433 | Q1: | ...it's Officer (Payton) Henderson. |
| 434 | | |
| 435 | Q: | Okay, Manny. Uh, let me go back (one) and I - and I know you - I think you |
| 436 | | said this before. When you initially were flagged down by this gentleman... |
| 437 | | |
| 438 | A: | Yeah. |
| 439 | | |
| 440 | Q: | ...that was walkin' the dog, um, he told you that, uh, I think you described it as |
| 441 | | - as a person with a knife or a man... |
| 442 | | |
| 443 | A: | Yeah. |
| 444 | | |
| 445 | Q: | ...with a knife? |
| 446 | | |
| 447 | A: | Yup. |
| 448 | | |
| 449 | Q: | Did he give you any other details? |
| 450 | | |

| 451 | A: | No. And I even asked. |
|---|---|---|
| 452 | | |
| 453 | Q: | Okay. |
| 454 | | |
| 455 | A: | Uh, at that point I was like - (I was kind of thinkin' like) - like somebody is |
| 456 | | walking around with a knife. Like why are they walking around with a knife? |
| 457 | | And I didn't even get a - a description or anything. I just like, "Okay, thank |
| 458 | | you." And I kind of pull straight ahead. 'Cause he said - he just walked, you |
| 459 | | know. There was a guy that just walked by with a knife. |
| 460 | | |
| 461 | Q: | Okay. |
| 462 | | |
| 463 | A: | Or - I don't know if he said a knife, or a big knife. I can't remember exact |
| 464 | | words that he said. |
| 465 | | |
| 466 | Q: | But he just - he put it to you as he had a weapon... |
| 467 | | |
| 468 | A: | Yes. |
| 469 | | |
| 470 | Q: | ...of some type. Okay. |
| 471 | | |
| 472 | A: | Yes. |
| 473 | | |
| 474 | Q: | Um, when you first encountered - I know you did a walk around first and |
| 475 | | didn't find him and then, uh... |
| 476 | | |
| 477 | A: | Yes. |
| 478 | | |
| 479 | Q: | ...ultimately you found him there by the stairwell. |
| 480 | | |
| 481 | A: | Yes. |
| 482 | | |
| 483 | Q: | Um, this is the stairwell -- and I'm just describing for the record -- this is the |
| 484 | | stairwell on the same side of the hotel where - or complex is where you |
| 485 | | parked as where the, um, the car wash is. |
| 486 | | |
| 487 | A: | Yes. |
| 488 | | |
| 489 | Q: | Right? |
| 490 | | |
| 491 | A: | Yes. |
| 492 | | |
| 493 | Q: | Okay. Um... |
| 494 | | |
| 495 | A: | Kind of - yeah. |

| | | |
|---|---|---|
| 496 | | |
| 497 | Q: | Yeah. |
| 498 | | |
| 499 | A: | Kind of - yeah. |
| 500 | | |
| 501 | Q: | If you divide it in the... |
| 502 | | |
| 503 | A: | Yes. |
| 504 | | |
| 505 | Q: | ...middle it would be on - on that side. |
| 506 | | |
| 507 | A: | Yes. |
| 508 | | |
| 509 | Q: | Um, describe to me again, um, I know you said, um, he - you ran basically |
| 510 | | face-to-face I guess with him. Um, and you described how he had, uh -what |
| 511 | | you observed as far as a blue container in one hand, a knife in the other. |
| 512 | | |
| 513 | A: | I don't know if I saw the container on his hand there. Um, or if it was at the |
| 514 | | top of the stairs that I even noticed that he had a blue container. |
| 515 | | |
| 516 | Q: | Okay. |
| 517 | | |
| 518 | A: | Uh, when I came face-to-face, or he - he was kind of facing the stairs and I'm |
| 519 | | kind of comin' in at an angle. |
| 520 | | |
| 521 | Q: | Mm-hm. |
| 522 | | |
| 523 | A: | Um, so he's kind of oblique... |
| 524 | | |
| 525 | Q: | Okay. |
| 526 | | |
| 527 | A: | ...to me? |
| 528 | | |
| 529 | Q: | Okay. |
| 530 | | |
| 531 | A: | Um, and, uh, and I started scanning, you know. I was lookin' up and, uh, I |
| 532 | | look at his eyes and I remember seeing his eyes were huge. I mean, they were |
| 533 | | big. And, uh, as I start scannin' his body I see the knife in his hand. |
| 534 | | |
| 535 | Q: | And describe what you - what you - what you see. Describe that knife to me |
| 536 | | as best as you can. |
| 537 | | |
| 538 | A: | Um... |
| 539 | | |
| 540 | Q: | Is it like a pocket knife? |

541
542      A:        No.
543
544      Q:        Is it a folding knife?
545
546      A:        It - it - it was - it was a buck knife.
547
548      Q:        Okay.
549
550      A:        Uh, kind of like I guess a skinning knife.
551
552      Q:        Okay.
553
554      A:        Um, I - I first - when the incident when - when it first happened I thought it
555                was an all-black knife. And then later on when I picked it up, um, the snap on
556                it was undone. And I snapped it back together and put it behind my back. Um,
557                it - it was in a black sheath. And so...
558
559      Q:        Okay.
560
561      A:        ...it was a black sheath with a black handle. Um, but I thought it was an all-
562                black knife.
563
564      Q:        Okay. And at that instant when you saw the individual I know you s- you said
565                that you gave him some commands, verbal direction. Uh...
566
567      A:        Yes.
568
569      Q:        ...he didn't respond to it, is that correct?
570
571      A:        No - no. I told him drop the knife. Uh, police, drop the knife.
572
573      Q:        Did you recognize him a- as a person from any of your previous interactions
574                with the public?
575
576      A:        No.
577
578      Q:        Okay. Um, and I believe you said he didn't - didn't respond to you other than
579                fleeing.
580
581      A:        Yes. He kind of stopped.
582
583      Q:        Mm-hm.
584
585      A:        I don't know for how long. Like when we came face-to-face...

586
587    Q:    Mm-hm.
588
589    A:    And he took off. As I was givin' him commands he didn't obey any command
590        he just took off.
591
592    Q:    No verbal interaction between...
593
594    A:    No, sir.
595
596    Q:    ...you two other than you giving commands.
597
598    A:    Yes.
599
600    Q:    Okay.
601
602    A:    And when I first saw him I - I know I started saying, "Hey, bud, let me talk to
603        you for a second." And I don't even know if all that came out before - like
604        when I saw the knife and then I told him drop the knife, police and as I was
605        drawing my gun out.
606
607    Q:    In your professional opinion having been an officer is that normal behavior
608        when you...
609
610    A:    No.
611
612    Q:    ...interact with someone?
613
614    A:    No - no.
615
616    Q:    Um, did he - he ran up the steps and I know you said you lost sight of him.
617        You stumbled, you lost sight of him.
618
619    A:    Yes.
620
621    Q:    Um, did you hear or see any, uh, any other witnesses as you ran pointing in a
622        direction or...
623
624    A:    No.
625
626    Q:    ...giving you any...
627
628    A:    Not - not...
629
630    Q:    ...direction or any information?

631
632  A:       I don't remember seeing anybody except for the lady that was folding - it - it
633           was either a sheet or a towel or something. She had her arms kind of wide
634           open as she was folding some laundry. And, uh, I remember seeing the
635           gentleman back here. He was cleaning his rims.
636
637  Q:       Mm-hm.
638
639  A:       And, uh, that gentleman that was walking his dog over here. Um, besides
640           that...
641
642  Q:       Okay.
643
644  Q1:      The lady that was foldin' the towel was she African-American, or white,
645           Hispanic? Or...
646
647  A:       I - I think she was white.
648
649  Q1:      Okay.
650
651  A:       Uh, kind of...
652
653  Q1:      Did she look like she worked there? Was she like a resident, could you tell?
654
655  A:       I - I don't know.
656
657  Q1:      Was she wearing a uniform or anything?
658
659  A:       Uh, I don't know.
660
661  Q1:      Okay.
662
663  Q:       But, correct me if I'm wrong, when you said you saw her was when you did
664           your initial...
665
666  A:       Yes.
667
668  Q:       ...look for him and you looked into the laundry room.
669
670  A:       Yeah. I kind of scanned it.
671
672  Q:       Okay. So when he fled she wouldn't have been in a position to give you...
673
674  A:       No.
675

676    Q:              ...any direction (unintelligible)...
677
678    Q1:             Okay.
679
680    A:              No.
681
682    Q1:             I misunderstood.
683
684    A:              No - no - no.
685
686    Q1:             I thought maybe she was there when you first made an encounter.
687
688    A:              No - no - no.
689
690    Q1:             Okay.
691
692    A:              I don't remember seeing anybody else.
693
694    Q1:             Okay.
695
696    Q:              Um, and I believe just for the record you deployed your taser twice.
697
698    Q1:             Yes.
699
700    Q:              Uh, as you described on - uh, walkin' through you deployed your taser on the
701                    - on the balcony...
702
703    A:              Yes.
704
705    Q:              ...which would have been the opposite side...
706
707    A:              Yes.
708
709    Q:              ...of - of where you first encountered...
710
711    A:              I remember...
712
713    Q:              ...the in- individual.
714
715    A:              Like I remember being up here, uh, when he was facing me. And I drew my
716                    taser out and I told him stop, drop - drop the knife...
717
718    Q:              Mm-hm.
719
720    A:              ...police. And, uh, I think he started to turn around when I deployed my taser.

| | | |
|---|---|---|
| 721 | | And I remember thinking, "Man, I hope I'm closer than 25'." Because I don't |
| 722 | | know why it's popped in my head that our cartridge length  uh, is twenty- on |
| 723 | | the (probes) are 25'. At least I believe they are. And, uh, I just remem- |
| 724 | | remember that. |
| 725 | | |
| 726 | Q: | Okay. Um, and you said he mumbled somethin' to you there... |
| 727 | | |
| 728 | A: | Yes. |
| 729 | | |
| 730 | Q: | ...but - but you didn't understand it. At any time did he make any indication |
| 731 | | that he was gonna put the knife down? |
| 732 | | |
| 733 | A: | No. |
| 734 | | |
| 735 | Q: | Okay. |
| 736 | | |
| 737 | A: | No. |
| 738 | | |
| 739 | Q: | You could still see it at that time? And on his... |
| 740 | | |
| 741 | A: | I... |
| 742 | | |
| 743 | Q: | ...person? |
| 744 | | |
| 745 | A: | Yes. |
| 746 | | |
| 747 | Q: | Okay. |
| 748 | | |
| 749 | A: | Yes. The only time I didn't see the knife was, uh, when he was down the |
| 750 | | stairs. |
| 751 | | |
| 752 | Q: | Mm-hm. |
| 753 | | |
| 754 | A: | He kind of had his hands in front of him and he was looking back at me. |
| 755 | | |
| 756 | Q: | But you didn't see the knife on the ground as you passed where he had gone, |
| 757 | | is that correct? |
| 758 | | |
| 759 | A: | No. |
| 760 | | |
| 761 | Q: | Okay. |
| 762 | | |
| 763 | A: | No. |
| 764 | | |
| 765 | Q: | Um, at any time did you see him attempt to get in to any rooms? |

766

767　A:　　I think he was trying to get into a room, uh, when I - when I came around this
768　　　　corner over here. Um, one of these rooms appeared - and I actually went back
769　　　　up there to see if I could see what room he was trying to get into or if he
770　　　　pitched anything that I missed that he might have thrown or something.
771

772　Q:　　Yes, sir.
773

774　A:　　And, uh, there - there was a room he was trying to get into. Um, but I don't
775　　　　know which room it was.
776

777　Q:　　Okay, sir. All right. Um...
778

779　A:　　'Cause when I came around he was actually facing that door. And he looked
780　　　　look at me. And one of his hands was on a door handle. And I can't remember
781　　　　which hand it was. But he looked at me and that's when he kind of squared up
782　　　　with me. And I was like, "Oh, stop." And I drew my taser out. And, uh, then
783　　　　he bolted again as I was givin' him commands.
784

785　Q:　　Okay. And (unintelligible), you know, he - you were identified as a police
786　　　　officer physically in your uniform. And you were giving him commands at the
787　　　　time and he chose again...
788

789　A:　　Yes.
790

791　Q:　　...not - not to stop and cooperate?
792

793　A:　　Yes.
794

795　Q:　　Okay. Um, I know you said there's -- and I know the layout of the facility
796　　　　there 'cause I've walked through it, but -- there's a - he rounds a corner there.
797

798　A:　　Yes.
799

800　Q:　　And I know you said you paused so you wouldn't get ambushed.
801

802　A:　　Right.
803

804　Q:　　Which is a tactic we're all taught in training. Um, when you rounded the
805　　　　corner and you said he was on the steps, um, can you give me like a range on -
806　　　　on how far down it's - you were only on the second level, is that correct?
807

808　A:　　Yes. I was on the second level.
809

810　Q:　　Mm-hm.

811
812     A:      Um, when I came around the corner I...
813
814     Q:      Mm-hm.
815
816     A:      ...could see him going down the steps.
817
818     Q:      Mm-hm.
819
820     A:      I ran to the edge of the - uh, like the edge of the landing before the stairs, uh,
821             started going down.
822
823     Q:      Okay.
824
825     A:      And I remembered him looking at me. I thought he was on the - on the
826             landing on the first floor...
827
828     Q:      Mm-hm.
829
830     A:      ...already when I deployed my taser the second time.
831
832     Q:      Okay. All right. And, um, describe to me what you think the distance from
833             you to him was when you deployed your taser approximately. I know you
834             didn't have...
835
836     A:      Twelve feet.
837
838     Q:      Okay.
839
840     A:      Something like that.
841
842     Q:      Okay. Um, you said the deployment, uh, it - it worked at that time.
843
844     A:      Yes.
845
846     Q:      You said he stiffened up and...
847
848     A:      Yes.
849
850     Q:      ...and he fell. Uh, did you or, um, Officer (Henderson) or anybody there do
851             you recall when you were providing medical assistance did you remove any of
852             the probes?
853
854     A:      Yes, I did.
855

| 856 | Q: | Okay. Uh, can you describe where they were? Do you remember where they |
| 857 | | struck? |
| 858 | | |
| 859 | A: | Uh, one was in his, uh, like lower left -- I'm sorry -- lower right shoulder |
| 860 | | blade. And the other one was like towards the left side of the small of his |
| 861 | | back, like somewhere in that area. |
| 862 | | |
| 863 | Q: | I think you might have, uh, touched on this. But just - just for the record. At |
| 864 | | any point in time after that second deployment of the taser on the steps... |
| 865 | | |
| 866 | A: | Mm-hm. |
| 867 | | |
| 868 | Q: | ...I know you said he verbalized somethin' to you up here... |
| 869 | | |
| 870 | A: | Yes. |
| 871 | | |
| 872 | Q: | ...that you couldn't - but after the deployment of the taser on the steps and he |
| 873 | | falls, at any time is he conscious or alert or making any statements to you? |
| 874 | | |
| 875 | A: | No. H- his eyes were open. He's got like labored breathing. But he never said |
| 876 | | anything, um, a- a- at all. |
| 877 | | |
| 878 | Q: | Okay. And when you deployed your taser - if you can recall the point when |
| 879 | | you were at the top of the landing and you deployed your taser what was |
| 880 | | going through your mind at the time? |
| 881 | | |
| 882 | A: | I thought he was gonna go try to stab this guy over here and kill him. |
| 883 | | |
| 884 | Q: | Okay. |
| 885 | | |
| 886 | A: | And, uh, I was concerned that - that officers that called out or were en route to |
| 887 | | me when I put it out I was afraid that they were gonna get ambushed pullin' |
| 888 | | in. |
| 889 | | |
| 890 | Q: | Yes, sir. |
| 891 | | |
| 892 | A: | And, uh, I was afraid that the gentleman that was over here, um, cleaning the |
| 893 | | rims on his car - 'cause he actually - he's facing - like when I went by the first |
| 894 | | time... |
| 895 | | |
| 896 | Q: | Mm-hm. |
| 897 | | |
| 898 | A: | ...uh, the only time I went by - when I went by he - his car was pulled in... |
| 899 | | |
| 900 | Q: | Yes, sir. |

901
902     A:          ...uh, this way.
903
904     Q:          Yes, sir.
905
906     A:          And I think it was in this, um, back spot over here.
907
908     Q:          Okay.
909
910     A:          And he was cleaning this tire h- his back was to the stairs. And I was like,
911                 man, if he goes to - like comes around and goes to the right he's gonna stab
912                 that guy right in the back. So...
913
914     Q:          And - and when you say to the stairs that's the same stair breezeway that the...
915
916     A:          Yes.
917
918     Q:          ...gentleman came down the...
919
920     A:          Yes.
921
922     Q:          ...steps on when you...
923
924     A:          Yes.
925
926     Q:          ...when you deployed.
927
928     A:          Yes.
929
930     Q:          Okay. Um, Sergeant Timperman?
931
932     Q1:         Um, so you said you picked up the knife and put it in between your, uh, Asp
933                 and handcuff case, I guess. Um...
934
935     A:          No, it was...
936
937     Q1:         Or...
938
939     A:          ...(between) my back and my Asp.
940
941     Q1:         Okay.
942
943     A:          And where my - or I got my flashlight...
944
945     Q1:         Okay.

946
947    A:    ...and my Asp.
948

949    Q1:    What did you do with it after that?
950

951    A:    Uh, I left it there. Um, I went back upstairs, made sure he didn't pitch
952    anything. Uh, it fell off my belt. I think I picked it up then. Um, went back
953    downstairs. I think I put it on the - there's a pillar down here?
954

955    Q1:    Okay.
956

957    A:    I think I put it up there, um, on the...
958

959    Q1:    Okay.
960

961    A:    ...like a brick pillar I think it is? Uh, and I left it there.
962

963    Q1:    Okay. Um...
964

965    A:    'Cause at first, or I don't even remember that I had a knife on me when I got
966    upstairs again until it fell off. Uh, and I think (Mike Jacobs), Officer (Mike
967    Jacobs), might have been with me. 'Cause I completely forgot that. I had put
968    the knife, uh, behind my back.
969

970    Q:    Okay.
971

972    Q1:    Okay. I think we've already answered this, but you were wearing your police
973    uniform. Did you say, "Stop, police," or anything like that?
974

975    A:    Yes.
976

977    Q1:    Okay.
978

979    A:    Uh, several times.
980

981    Q1:    Okay.
982

983    A:    And, uh, I don't know if it matters, but afterwards once officers started
984    showin' up, EMS showed up, fire department showed up, um, Officer Jacobs -
985    well, Officer Jacobs and I kind of went around. Kind of showed him - I think
986    we walked up the whole route. Um, you know, from when I first came in to
987    the stairs, and the area, like the path that we walked.
988

989    Q:    Okay. So initial walk-through basically.
990

| 991 | A: | Yes - yes. |
| 992 | | |
| 993 | Q: | And Officer Jacobs was the acting sergeant at... |
| 994 | | |
| 995 | A: | Yes. |
| 996 | | |
| 997 | Q: | ...at the time as I... |
| 998 | | |
| 999 | A: | Yes. |
| 1000 | | |
| 1001 | Q: | ...understand. Okay. |
| 1002 | | |
| 1003 | A: | Yes. |
| 1004 | | |
| 1005 | Q: | Um, let me - I'm glad you brought that up. Let me ask you, at any point in |
| 1006 | | time on that walk around, or walk through, did any witnesses approach you |
| 1007 | | with any information? Uh... |
| 1008 | | |
| 1009 | A: | I don't think at that time they did. Uh, I went to the front office. Um, |
| 1010 | | (unintelligible) we didn't know who he was, (even) had an ID, that gentleman. |
| 1011 | | Um, but he had like a - a pay card. Uh... |
| 1012 | | |
| 1013 | Q: | Yes, sir. |
| 1014 | | |
| 1015 | A: | ...I guess from his job. |
| 1016 | | |
| 1017 | Q: | Mm-hm. |
| 1018 | | |
| 1019 | A: | And it said (Chris Roberts). And I walked to the front office. Um, there was a |
| 1020 | | gentleman there that was at the counter. I let him get done and then the clerk |
| 1021 | | that was there I spoke with him, um, just to see if, uh, he had anybody |
| 1022 | | registered in the hotel by that - that name. |
| 1023 | | |
| 1024 | Q: | Yes, sir. |
| 1025 | | |
| 1026 | A: | Uh, he said he didn't. Uh, I walked back out. When I was coming back out I |
| 1027 | | was somewhere here. A gentleman approached me, African-American |
| 1028 | | gentleman. And he told me he's like, "Was it that guy with the knife?" And, |
| 1029 | | uh, I was kind of like, "Yeah." And, uh, he's like, "He was walking around |
| 1030 | | here last night with a knife also." And I was like, "Can you hold on one |
| 1031 | | second?" And I grabbed an officer. And I - I don't know who it was. I was |
| 1032 | | like, "Hey, can you talk to this gentleman right here?" But I - I don't know |
| 1033 | | who it was. |
| 1034 | | |
| 1035 | Q: | Okay. |

| 1036 | | |
|---|---|---|
| 1037 | A: | That hotel manager - and this is before that happened when, uh - uh, |
| 1038 | | (Henderson) and I were over here and, uh, Officer Jacobs, uh, trying to |
| 1039 | | bandage his head up. |
| 1040 | | |
| 1041 | Q: | Yes, sir. |
| 1042 | | |
| 1043 | A: | She walked up and I remember seeing her. Um, 'cause I - I can't remember if |
| 1044 | | it was either me or, uh, Jacobs that arrested her for a warrant from Florida a |
| 1045 | | couple months ago. |
| 1046 | | |
| 1047 | Q: | Yes, sir. |
| 1048 | | |
| 1049 | A: | But I remember seeing her there. And then it - it was short. There was another |
| 1050 | | gentleman that showed up said -- I mean, he said her name, I can't remember |
| 1051 | | her name -- said she left. And if we needed anything just let him know. |
| 1052 | | |
| 1053 | Q: | Okay. Um, and then this is a question I'm gonna ask ya, and I'm not gonna |
| 1054 | | hold you to it, but, uh, because I actually had the time line. But if you had to |
| 1055 | | estimate, uh, from the time that you pulled up and were flagged down by the |
| 1056 | | gentleman out here walkin' the dog and - and... |
| 1057 | | |
| 1058 | A: | Yeah. |
| 1059 | | |
| 1060 | Q: | ...informed that somebody was walkin' around with a weapon, to the time you |
| 1061 | | deployed your taser and, uh, and had him I - I say in custody... |
| 1062 | | |
| 1063 | A: | Yeah. |
| 1064 | | |
| 1065 | Q: | ...but he was down on the ground, what would you estimate that time span to |
| 1066 | | be, sir? |
| 1067 | | |
| 1068 | A: | Less than five minutes. I mean, it - it - it was quick. |
| 1069 | | |
| 1070 | Q: | Okay. |
| 1071 | | |
| 1072 | A: | It seemed like it took EMS longer to get there than the time that it took for |
| 1073 | | everything to happen. |
| 1074 | | |
| 1075 | Q: | Okay. And - and I'm glad you brought up the - the EMS time frame. But |
| 1076 | | would you say that, uh - I know you said uh - uh Officer (Henderson) |
| 1077 | | searched him for additional weapons and didn't... |
| 1078 | | |
| 1079 | A: | Yes. |
| 1080 | | |

| 1081 | Q: | ...find any. |
| 1082 | | |
| 1083 | A: | Yes. |
| 1084 | | |
| 1085 | Q: | Um - uh, Acting Sergeant Jacobs was there and y'all, uh, applied a bandage to |
| 1086 | | him? |
| 1087 | | |
| 1088 | A: | Yes. |
| 1089 | | |
| 1090 | Q: | Uh, did y'all continue to monitor and... |
| 1091 | | |
| 1092 | A: | Yes. |
| 1093 | | |
| 1094 | Q: | ...treat until... |
| 1095 | | |
| 1096 | A: | Yes. |
| 1097 | | |
| 1098 | Q: | ...EMS arrived? And were you there when EMS arrived? |
| 1099 | | |
| 1100 | A: | Yes. |
| 1101 | | |
| 1102 | Q: | Okay. |
| 1103 | | |
| 1104 | A: | Uh, we put him - actually, I don't know if it was EMS that arrived first or the |
| 1105 | | fire department that arrived. |
| 1106 | | |
| 1107 | Q: | Mm-hm. |
| 1108 | | |
| 1109 | A: | And then they took over. Uh, but we put him in the recovery position. We |
| 1110 | | didn't sit up - want him sittin' up because we were scared he might fall down |
| 1111 | | again. But we kind of put him in the recovery position on his side. He - we put |
| 1112 | | him laying on his left side I believe it was. I believe it was his left side. And, |
| 1113 | | uh, Officer Jacobs went and got his first aid kit. Um, I think it was an Israeli |
| 1114 | | bandage that we used. I'm not a hundred percent sure. Um, I was holding his |
| 1115 | | neck - his head so his neck wouldn't shift. And, uh, Officer Jacobs started |
| 1116 | | bandaging, uh, the head. And, um, that's when either the fire department or |
| 1117 | | EMS showed up. |
| 1118 | | |
| 1119 | Q: | Okay. And then they took over care from there. |
| 1120 | | |
| 1121 | A: | Yes. |
| 1122 | | |
| 1123 | Q: | Okay. |
| 1124 | | |
| 1125 | A: | Yes. |

1126
1127    Q:          Um, and did they transport soon - soon thereafter?
1128
1129    A:          Uh, to me it seemed like it - it was a lifetime.
1130
1131    Q:          Sure.
1132
1133    A:          But - yeah.
1134
1135    Q:          I know according to the time line by the time we got there he had already been
1136                transported.
1137
1138    A:          Yeah.
1139
1140    Q:          Somebody put the time out on the radio. So...
1141
1142    A:          Yeah.
1143
1144    Q:          ...okay.
1145
1146    A:          Yeah. Like, to me, it just seemed like it was an eternity.
1147
1148    Q:          Sure, I understand. Sergeant Timperman?
1149
1150    Q1:         Now, really, not related to this, but you had - you said you had arrested the,
1151                uh, manager of the hotel on a previous vacation?
1152
1153    A:          Yes.
1154
1155    Q1:         Um, and it was for a warrant out of state?
1156
1157    A:          Uh, from Florida.
1158
1159    Q1:         Okay.
1160
1161    A:          It was something to do with like Social Services.
1162
1163    Q1:         Okay. What was her demeanor at that time?
1164
1165    A:          This day?
1166
1167    Q1:         No, at that time.
1168
1169    A:          Oh, on the 19th?
1170

| 1171 | Q1: | No, on the day that y'all arrested her. |
| 1172 | | |
| 1173 | A: | Oh, she was furious. Uh, she was furious at us. She, uh - I transported her to |
| 1174 | | the jail. And on the way down to the jail she - she was telling me like, "Oh, I |
| 1175 | | don't trust police because my mother was raped by a police officer." And I |
| 1176 | | was like, "Look. I have nothing to do with that." I was like, "I don't know |
| 1177 | | who your mother is." |
| 1178 | | |
| 1179 | Q1: | Okay. You were just responding to a call... |
| 1180 | | |
| 1181 | A: | Yeah. |
| 1182 | | |
| 1183 | Q1: | ...to go to that location. Is that how - how'd y'all make contact to... |
| 1184 | | |
| 1185 | A: | With her? |
| 1186 | | |
| 1187 | Q1: | ...arrest her? Yes. |
| 1188 | | |
| 1189 | A: | We got a call. Uh, I think it was from the sheriff's department in Florida. I |
| 1190 | | can't remember. But we got a call from them. Uh, we got dispatched, uh, |
| 1191 | | myself and Jacobs got dispatched to go out there. And we found her. |
| 1192 | | |
| 1193 | Q1: | Okay. |
| 1194 | | |
| 1195 | A: | She - she was actually with, uh, one of those trash pickup sticks. |
| 1196 | | |
| 1197 | Q1: | Okay. |
| 1198 | | |
| 1199 | A: | Walkin' around the hotel pickin' up trash. |
| 1200 | | |
| 1201 | Q1: | Okay. And then - so then on the 19th when she came up to the scene did she |
| 1202 | | have - did you have contact with her, or did she just come to see what was |
| 1203 | | goin' on? Or... |
| 1204 | | |
| 1205 | A: | She - she was talking. Uh, and I don't remember... |
| 1206 | | |
| 1207 | Q1: | Okay. |
| 1208 | | |
| 1209 | A: | ...what she said. |
| 1210 | | |
| 1211 | Q1: | Okay. |
| 1212 | | |
| 1213 | Q: | Anything else... |
| 1214 | | |
| 1215 | Q1: | That's all I had. |

1216
1217    Q:          Um, Officer Cruz, is there anything or any questions we have not asked you,
1218                or any other information that you think is beneficial to the investigation?
1219
1220    A:          No.
1221
1222    Q1:         I do have one more thing, I'm sorry.
1223
1224    Q:          Yes, sir.
1225
1226    Q1:         Upstairs where - when you deployed the taser the first time, uh, on the second
1227                floor, um, did - do you go collect - do you collect those probes or anything
1228                like that or do you know where...
1229
1230    A:          No. Uh...
1231
1232    Q1:         ...the probe - do you know if they hit him anywhere? Or...
1233
1234    A:          I know one, um, and I don't know (if it's for) - if it was from the first
1235                deployment...
1236
1237    Q1:         Right.
1238
1239    A:          ...or the second deployment was stuck in the bottle.
1240
1241    Q1:         Okay.
1242
1243    A:          Uh, like that detergent bottle?
1244
1245    Q1:         Okay.
1246
1247    A:          And I pulled, um, two, uh, probes from him.
1248
1249    Q1:         Okay.
1250
1251    A:          I don't know where the fourth one is.
1252
1253    Q1:         Okay.
1254
1255    A:          I don't know if it was somewhere on his body, on his clothes, or...
1256
1257    Q1:         Okay.
1258
1259    A:          'Cause I didn't take off the cartridges. Uh, and I don't even know if he - it was
1260                a full deployment, five seconds or not, if I shut it off early or not. I put - I

| | | |
|---|---|---|
| 1261 | | remember puttin' it back in my, uh, taser holster. And I remember just wires |
| 1262 | | being all around my belt, all over me. |
| 1263 | | |
| 1264 | Q1: | Okay. |
| 1265 | | |
| 1266 | A: | And... |
| 1267 | | |
| 1268 | Q1: | So just to clarify, do - do you know if the first deployment was effective or |
| 1269 | | not? |
| 1270 | | |
| 1271 | A: | It was not effective. |
| 1272 | | |
| 1273 | Q1: | Okay. That's all I had. |
| 1274 | | |
| 1275 | Q: | All right, sir. Um... |
| 1276 | | |
| 1277 | A1: | I'm sorry to interrupt. |
| 1278 | | |
| 1279 | Q: | No - please. |
| 1280 | | |
| 1281 | A1: | Can I ask a couple just to... |
| 1282 | | |
| 1283 | Q: | Yes, sir. |
| 1284 | | |
| 1285 | A1: | ...to clarify a couple of things for the record, really. Um, sir, you've referred to |
| 1286 | | three photographs during the course of this interview. Um, the first one, uh, |
| 1287 | | you referred to initially in the interview and put a couple marks on it where |
| 1288 | | the gentleman was walking his dog. |
| 1289 | | |
| 1290 | A: | I think it was on this one. |
| 1291 | | |
| 1292 | A1: | Did you do them all on that one? |
| 1293 | | |
| 1294 | A: | Uh, it was these two, I believe. |
| 1295 | | |
| 1296 | A1: | Okay. Um, well, the one that you discuss most during the interview and you |
| 1297 | | marked on with locations, if you could, uh, turn that over, initial it, and just |
| 1298 | | write for purposes of the record #1 on that. |
| 1299 | | |
| 1300 | A: | My spelling's horrible. |
| 1301 | | |
| 1302 | A1: | I don't know. You don't have to write for the purposes... |
| 1303 | | |
| 1304 | A: | Oh. |
| 1305 | | |

| | | |
|---|---|---|
| 1306 | A1: | ...of the record. |
| 1307 | | |
| 1308 | A: | I'm sorry. |
| 1309 | | |
| 1310 | A1: | All right. If you could just put #1 on there. |
| 1311 | | |
| 1312 | A: | Okay. |
| 1313 | | |
| 1314 | A1: | And initial it. |
| 1315 | | |
| 1316 | Q: | And if you will put the date and time on it, too, maybe. |
| 1317 | | |
| 1318 | A: | Okay. |
| 1319 | | |
| 1320 | Q: | Thank you. (Today)'s the 25th. And about 11:07. Thank you. |
| 1321 | | |
| 1322 | A1: | And then the second photograph the only thing you marked was where the |
| 1323 | | gentleman was cleaning his rims on the car. |
| 1324 | | |
| 1325 | A: | Um... |
| 1326 | | |
| 1327 | Q: | Yeah. On the... |
| 1328 | | |
| 1329 | A1: | Yes. |
| 1330 | | |
| 1331 | Q: | ...corner - corner parking spot. |
| 1332 | | |
| 1333 | A1: | And if you could just put #2 on there. |
| 1334 | | |
| 1335 | A: | Okay. |
| 1336 | | |
| 1337 | A1: | Your initials, a date and time. |
| 1338 | | |
| 1339 | A: | Same time? |
| 1340 | | |
| 1341 | Q: | Yes, sir. |
| 1342 | | |
| 1343 | A1: | Okay. Then, uh, just a couple of questions. Um, when you made your initial |
| 1344 | | contact, uh, with the gentleman you talked about that, uh - uh, with Detective |
| 1345 | | (Graas), um, on the first floor. |
| 1346 | | |
| 1347 | A: | Yes. |
| 1348 | | |
| 1349 | A1: | Um, you made initial contact with him, you indicated you saw the knife. At |
| 1350 | | that time did you see anything else in his hands? |

1351
1352    A:          No. I - I don't remember seeing anything else.
1353
1354    A1:         Okay. Now...
1355
1356    A:          My eyes kind of stopped at the knife right there.
1357
1358    A1:         Yes, sir. Um...
1359
1360    A:          Uh, the threat that was - the threat that I was seeing towards me.
1361
1362    A1:         Okay. And you already, uh, indicated you gave him verbal commands. And at
1363                that point he...
1364
1365    A:          Yes, sir.
1366
1367    A1:         ...fled up the steps?
1368
1369    A:          Yes, sir.
1370
1371    A1:         The second time you came into contact with him as I understand from your
1372                statement was on the second floor...
1373
1374    A:          Yes, sir.
1375
1376    A1:         ...landing, correct?
1377
1378    A:          Yes, sir. No, not on the landing.
1379
1380    A1:         I'm sorry. Go ahead.
1381
1382    A:          Like halfway up like right here.
1383
1384    A1:         Um, facing a hotel room door.
1385
1386    A:          Yes.
1387
1388    A1:         Correct.
1389
1390    A:          He was facing the hotel room door.
1391
1392    A1:         Okay. Uh, at that point in time, uh, where was the knife?
1393
1394    A:          Um, I think it was still in his right hand. Um, 'cause if he was facing the hotel
1395                room door, and he had one of his hands - when he let go of the door and

| 1396 | | looked at me and squared up on me it - it was in his right hand. 'Cause it... |
| 1397 | | |
| 1398 | A1: | In his right hand. |
| 1399 | | |
| 1400 | A: | ...was opposite of the hand at which I drew my taser with. |
| 1401 | | |
| 1402 | A1: | Okay. And, uh, you again gave him verbal commands... |
| 1403 | | |
| 1404 | A: | Yes, sir. |
| 1405 | | |
| 1406 | A1: | ...at that time, is that correct? |
| 1407 | | |
| 1408 | A: | Yes, sir. |
| 1409 | | |
| 1410 | A1: | And the, uh - and then the only other question I had initially, uh, back at the |
| 1411 | | first time you encountered him on the first floor or on the ground, um, you |
| 1412 | | indicated that you drew your firearm... |
| 1413 | | |
| 1414 | A: | Yes, sir. |
| 1415 | | |
| 1416 | A1: | ...at that time, is that correct? |
| 1417 | | |
| 1418 | A: | Yes, sir. |
| 1419 | | |
| 1420 | A1: | Okay. Um, and then when you encountered him on the second floor you at |
| 1421 | | some point made the decision to transition... |
| 1422 | | |
| 1423 | A: | Yes. |
| 1424 | | |
| 1425 | A1: | ...your taser, is that correct? |
| 1426 | | |
| 1427 | A: | Yes. Yes. |
| 1428 | | |
| 1429 | A1: | Okay. That's all I have. |
| 1430 | | |
| 1431 | Q: | Sergeant Timperman, anything before we go off the record? |
| 1432 | | |
| 1433 | Q1: | I have no further. |
| 1434 | | |
| 1435 | Q: | Manny, any other questions or... |
| 1436 | | |
| 1437 | A: | No, sir. |
| 1438 | | |
| 1439 | Q: | ...comments for the tape? Okay. Is everything you told us - uh, is there |
| 1440 | | anything else you wanna say for the record before we end, sir? |

1441

1442    A:              No, sir.

1443

1444    Q:              Okay. Is everything you told me the truth to the best of your knowledge, sir?

1445

1446    A:              Yes, sir.

1447

1448    Q:              Okay. We're gonna conclude this statement. The time is 1110 hours.

1449

1450

1451    The transcript has been reviewed with the audio recording submitted and it is an accurate

1452    transcription.

1453    Signed_____