

**AXIS FORENSIC TOXICOLOGY**

Web: www.axisfortox.com
Phone: (317) 759-4TOX

| | | | |
|---|---|---|---|
| **Laboratory Case Number:** | 3152079 | **Subject's Name:** | ROBERTS, CHRISTOPHER |
| **Client Account:** | 10127 / MEEO01 | **Agency Case #:** | 18-723 |
| **Physician:** | | **Date of Death:** | 07/20/2018 |
| **Report To:** | State Medical Examiner's Offic | **Test Reason:** | Other |
| | ATTN: Coroner | **Investigator:** | Jefferson Co. - Haag |
| | Bingham Building-1st Floor | **Date Received:** | 07/30/2018 |
| | 10511 LaGrange Road | **Date Reported:** | 08/07/2018 |
| | Louisville, KY  40223 | | |

| | | | |
|---|---|---|---|
| **Laboratory Specimen No** | 40736494 | **Date Collected:** | 07/19/2018 11:51 |
| **Container(s):** | 01:GTT   Blood,PERIPHERAL | **Test(s):** | 70555   Drugs of Abuse Panel, Blood - Commo |
| | | | 99310   Forensic Info |

| Analyte Name | Result | Concentration | Units | Therapeutic Range | Loc |
|---|---|---|---|---|---|
| » Investigator: | Jefferson Co. - Haag | | | | |
| » Pathologist: | Beckham | | | | |
| » Submitting Official: | Not Provided | | | | |
| AMPHETAMINES | POSITIVE | | | | |
| Methamphetamine | POSITIVE | | | Not Established | |
|     Methamphetamine, Quant | | 481 | ng/mL | | |
| BARBITURATES | Negative | | | | |
| BENZODIAZEPINES | Negative | | | | |
| CANNABINOIDS | Negative | | | | |
| COCAINE/METABOLITES | Negative | | | | |
| FENTANYL | Negative | | | | |
| METHADONE/METABOLITE | Negative | | | | |
| OPIATES | Negative | | | | |
| OXYCODONE/METABOLITE | Negative | | | | |
| PHENCYCLIDINE | Negative | | | | |
| PROPOXYPHENE/METABOLITE | Negative | | | | |
| ALCOHOL | Negative | | | | |
|   Methanol | Negative | | | | |
|   Ethanol | Negative | | | | |
|   Acetone | Negative | | | | |
|   Isopropanol | Negative | | | | |
| ANALGESICS | Negative | | | | |
| BUPRENORPHINE | Negative | | | | |



Web: www.axisfortox.com
Phone: (317) 759-4TOX

**Laboratory Specimen No:** 40736494        Continued..

| Analyte Name | Result | Concentration | Units | Therapeutic Range | Loc |
|---|---|---|---|---|---|
| ANTICONVULSANTS | Negative | | | | |
| STIMULANTS | Negative | | | | |
| TRAMADOL/METABOLITE | Negative | | | | |

```
Specimens will be kept for at least one year from the date of initial report
```

ROBERTS, CHRISTOPHER
Laboratory Case #: 3152079
Printed Date/Time: 08/07/2018, 13:56                                    Page: 2 of 5



**AXIS FORENSIC TOXICOLOGY**

Web: www.axisfortox.com
Phone: (317) 759-4TOX

| | | | |
|---|---|---|---|
| Laboratory Specimen No: | 40736497 | Date Collected: | 07/19/2018 11:52 |
| Container(s): | 01:UR   Urine, Random | Test(s): | 80080   Basic Drugs of Abuse, Urine |

| Analyte Name | Result | Concentration | Units | Therapeutic Range | Loc |
|---|---|---|---|---|---|
| AMPHETAMINES | POSITIVE | | | | |
|    Amphetamine | POSITIVE | | | | |
|    Methamphetamine | POSITIVE | | | | |
|    MDMA | Negative | | | | |
| BENZODIAZEPINES | Negative | | | | |
|    Temazepam | Negative | | | | |
|    Lorazepam | Negative | | | | |
|    Alprazolam | Negative | | | | |
|    a-OH-Alprazolam | Negative | | | | |
|    Nordiazepam | Negative | | | | |
|    Oxazepam | Negative | | | | |
|    7-Aminoclonazepam | Negative | | | | |
| BUPRENORPHINE/METABOLITE | Negative | | | | |
|    Buprenorphine | Negative | | | | |
|    Norbuprenorphine | Negative | | | | |
| CARISOPRODOL/METABOLITE | Negative | | | | |
|    Meprobamate | Negative | | | | |
| COCAINE/METABOLITES | Negative | | | | |
|    Benzoylecgonine | Negative | | | | |
| FENTANYL | POSITIVE | | | | |
|    Fentanyl | POSITIVE | | | | |
|    Norfentanyl | POSITIVE | | | | |
| METHADONE/METABOLITE | Negative | | | | |
|    Methadone | Negative | | | | |
|    EDDP | Negative | | | | |
| OPIATES | Negative | | | | |
|    Morphine | Negative | | | | |
|    6-Monoacetylmorphine | Negative | | | | |
|    Codeine | Negative | | | | |
|    Hydrocodone | Negative | | | | |
|    Hydromorphone | Negative | | | | |
|    Oxycodone | Negative | | | | |
|    Oxymorphone | Negative | | | | |

**ROBERTS, CHRISTOPHER**
**Laboratory Case #: 3152079**
**Printed Date/Time: 08/07/2018, 13:56**



Web: www.axisfortox.com
Phone: (317) 759-4TOX

**Laboratory Specimen No:** 40736497   **Continued..**

| Analyte Name | Result | Concentration | Units | Therapeutic Range | Loc |
|---|---|---|---|---|---|
| PHENCYCLIDINE | Negative | | | | |
|     Phencyclidine (PCP) | Negative | | | | |
| TRAMADOL/METABOLITE | Negative | | | | |
|     Tramadol | Negative | | | | |
|     O-Desmethyltramadol | Negative | | | | |

ROBERTS, CHRISTOPHER
Laboratory Case #: 3152079
Printed Date/Time: 08/07/2018, 13:56

Page: 4 of 5

# AXIS FORENSIC TOXICOLOGY

Web: www.axisfortox.com
Phone: (317) 759-4TOX

| Laboratory Specimen No: | 40736498 | Date Collected: | 07/19/2018 11:51 |
|---|---|---|---|
| Container(s): 01:T | Serum | Test(s): 49900 | Not Tested |

| Analyte Name | Result | Concentration | Units | Therapeutic Range | Loc |
|---|---|---|---|---|---|
| < No Testing Performed > | | | | | |

---

The Specimen identified by the Laboratory Specimen Number has been handled and analyzed in accordance with all applicable requirements.

**Laboratory Director**

George S. Behonick, Ph.D., F-ABFT

**ROBERTS, CHRISTOPHER**
Laboratory Case #:3152079
Print Date/Time:08/07/2018, 13:56
Page: 5 of 5

**Case Reviewer**

*Kevin D. Shanks* (signature)